UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN DWAYNE BAKER,<br><br>     Plaintiff,<br><br> v.<br><br>JOHN MENDOZA, JR., et al.,<br><br>     Defendants. | CASE NO. C22-1840JLR<br><br>ORDER TO SHOW CAUSE |

Before the court is *pro se* Plaintiff Nathen Dwayne Baker's proposed complaint. (Prop. Compl. (Dkt. # 1).) On December 30, 2022, the court notified Mr. Baker that his filing was deficient and instructed him (1) to fill out and return a civil cover sheet as required by Local Rules W.D. Wash. LCR 3(a) and (2) to either pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP") to the court by January 30, 2023. (Notice (Dkt. # 3) (enclosing copies of the civil cover sheet and IFP forms).) The court warned Mr. Baker that if he did not correct these deficiencies by the listed deadline, his case could be subject to dismissal. (*Id.*)

ORDER - 1

On January 10, 2023, Mr. Baker filed a blank civil cover sheet and a brief "letter of resignation." (Prop. CCS (Dkt. # 4); Prop. Letter (Dkt. # 5).) To date, however, Mr. Baker has neither paid the filing fee nor submitted an IFP application. (*See generally* Dkt.) Accordingly, the court ORDERS Mr. Baker to show cause why his case should not be dismissed for failure to timely correct the deficiencies identified in the December 30, 2022 notice. Mr. Baker must respond to this show cause order by February 10, 2023. Alternatively, Mr. Baker may, by February 10, 2023, (1) submit a completed civil cover sheet and (2) either pay the $402.00 filing fee or submit an IFP application. Failure to timely respond to this order will result in the dismissal of this action without prejudice.

Dated this 31st day of January, 2023.

JAMES L. ROBART
United States District Judge