UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN DWAYNE BAKER, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MENDOZA, JR., et al. <br><br> Defendants. | CASE NO. C22-1840JLR <br><br> ORDER |

On December 30, 2022, the court notified *pro se* Plaintiff Nathen Dwayne Baker that he had failed to file a civil cover sheet and to either timely pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP"). (12/30/22 Notice (Dkt. # 3).) The court informed Mr. Baker that must correct these deficiencies by January 30, 2023, and that failure to do so could result in dismissal of this action. (*Id.*) Although Mr. Baker subsequently filed two documents (Prop. CCS (Dkt. # 4); Prop. Letter (Dkt. # 5)), Mr. Baker neither submitted an IFP application nor paid the filing fee (*see generally* Dkt.).

ORDER - 1

On January 31, 2023, the court issued an order for Mr. Baker to show cause, by no later than February 10, 2023, why this case should not be dismissed for failure to timely correct the deficiencies identified in the December 30, 2022 notice. (OSC (Dkt. # 6).) The February 10, 2023 deadline has now passed, and Mr. Baker has neither responded to the court's order to show cause nor cured the deficiencies discussed in that order. (*See generally* Dkt.) Accordingly, the court DISMISSES this action without prejudice.

Dated this 13th day of February, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2